**Maurice PROCTOR, Petitioner-Appellant,**

v.

**J.F. ANDREWS, Respondent-Appellee.**

No. 17-6450

United States Court of Appeals, Fourth Circuit.

Submitted: September 28, 2017

Decided: October 2, 2017

Maurice Cortez Proctor, Sr., Appellant Pro Se. Donald Russell Pender, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Cortez Proctor, Sr., a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Proctor v. Andrews*, No. 5:15-hc-02166-D (E.D.N.C. Feb. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*